**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON (SBN 175650)
ron@consumersadvocates.com
ALEXIS WOOD (SBN 270200)
alexis@consumersadvocates.com
KAS GALLUCCI (SBN 288709)
kas@consumersadvocates.com
651 Arroyo Drive
San Diego, California 92103
Telephone:(619) 696-9006
Facsimile: (619) 564-6665

**LAW OFFICES OF DOUGLAS J. CAMPION, APC**
DOUGLAS J. CAMPION (SBN 75381)
409 Camino Del Rio South, Suite 303
San Diego, California 92108
doug@djcampion.com
Telephone: (619) 299-2091
Facsimile: (619) 858-0034

*Counsel for Plaintiffs and the Proposed Class*

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA SANDERS and DOROTHY MCQUEEN on behalf of themselves, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RBS CITIZENS, N.A.<br><br>Defendant. | Case No.: 3:13-cv-03136-JLS-RBB<br><br>CLASS ACTION<br><br>**JOINT MOTION FOR DISMISSAL OF PLAINTIFF DOROTHY MCQUEEN'S INDIVIDUAL CLAIMS ONLY PURSUANT TO FED. R. CIV. P. RULE 41(A)(1)(A)** |

| | |
|---|---|
| 1 | TO THE CLERK OF THE ABOVE-ENTITLED COURT, AND TO ALL |
| 2 | PARTIES AND THEIR ATTORNEYS OF RECORD: |

      **IT IS HEREBY STIPULATED** by and between Plaintiff Dorothy McQueen and Defendant RBS Citizens, N.A., through their respective counsel of record, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), the individual claims asserted by Plaintiff Dorothy McQueen are dismissed WITH PREJUDICE. Each party is to bear its own fees and costs.

Respectfully submitted,

Dated: April 15, 2014

By: /s/ *Ronald A. Marron*
**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON
SKYE RESENDES
ALEXIS M. WOOD
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

*Attorneys for Plaintiffs and the Proposed Class*

Dated: April 15, 2014

By: /s/ *Douglas A. Campion*
**LAW OFFICES OF DOUGLAS J. CAMPION, APC**
DOUGLAS J. CAMPION
409 Camino Del Rio South, Suite 303
San Diego, California 92108
Telephone: (619)299-2091
Facsimile: (619)858-0034

*Attorneys for Plaintiffs and the Proposed Class*

Dated: April 15, 2014

By: /s/ *Chaundra C. Monday*
**SQUIRE SANDERS (US) LLP**
CHAUNDRA C. MONDAY
4900 Key Tower
127 Public Square
Cleveland, Ohio 44114
Telephone: (216) 479-8500
Facsimile: (216) 479-8780

*Attorneys for Defendant*

## CERTIFICATION OF APPROVAL OF CONTENT

I, Ronald A. Marron, counsel for Plaintiff, in the above-entitled matter, hereby certify that the required parties have approved and accepted the content of the Joint Motion for Dismissal of Dorothy McQueen, and that I have obtained authorization from Chaundra C. Monday, counsel for Defendant RBS Citizens, N.A., and Douglas J. Campion, co-counsel for plaintiffs, for their electronic signature on the Joint Motion for Dismissal of Dorothy McQueen.

Dated:      April 15, 2014         **LAW OFFICES OF RONALD A. MARRON**
By:   /s/ Ronald A. Marron
RONALD A. MARRON
*Attorney for Plaintiff and the Proposed Class*