# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA SANDERS, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>RBS CITIZENS, N.A.,<br><br>　　　　　　　　　　　Defendant. | Case No. 13-cv-3136-BAS-RBB<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

On November 16, 2015, Plaintiff Linda Sanders and Defendant Citizens Bank, N.A. (formerly known as RBS Citizens, N.A.) filed a corrected joint motion to continue the deadline to file a motion for preliminary approval of settlement. (ECF No. 97.) Having reviewed the motion, and good cause appearing, the Court **GRANTS** the joint motion. The parties shall file the motion for preliminary approval of settlement no later than **January 15, 2016**.

　　**IT IS SO ORDERED.**

**DATED: November 17, 2015**

　　　　　　　　　　　　　　　　　　　　　　　_Cynthia Bashant_
　　　　　　　　　　　　　　　　　　　　　　　Hon. Cynthia Bashant
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge