# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA SANDERS, on behalf of herself and all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>RBS CITIZENS, N.A.,<br><br>　　　　　　　　Defendant. | Case No. 13-cv-3136-BAS-RBB<br><br>**ORDER GRANTING SECOND JOINT MOTION TO CONTINUE DEADLINE** |

On December 30, 2015, Plaintiff Linda Sanders and Defendant Citizens Bank, N.A. (formerly known as RBS Citizens, N.A.) filed a second joint motion to continue the deadline for filing a motion for preliminary approval of settlement. (ECF No. 99.) Among other things, the parties explain that they are "continuing to diligently complete the class settlement agreement, which they believe is nearing completion." *Id.* at ¶ 4.

Having reviewed the motion, and good cause appearing, the Court **GRANTS** the joint motion. The parties shall file the motion for preliminary approval of class action settlement no later than **March 14, 2016**.

//

1 | //
2 | //
3 |     **IT IS SO ORDERED.**
4 | **DATED: January 4, 2016**

Hon. Cynthia Bashant
United States District Judge