1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| LINDA SANDERS, on behalf of herself and all others similarly situated, | Case No. 13-cv-3136-BAS-RBB |
|---|---|
| Plaintiff, | **ORDER GRANTING THIRD JOINT MOTION TO CONTINUE DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |
| v. | |
| RBS CITIZENS, N.A., | |
| Defendant. | |

On March 8, 2016, Plaintiff Linda Sanders and Defendant Citizens Bank, N.A. (formerly known as RBS Citizens, N.A.) filed a third joint motion to continue the deadline for filing a motion for preliminary approval of settlement. (ECF No. 101.) Among other things, the parties explain that they require additional time to complete confirmatory discovery and finalize settlement documents. *Id.* at ¶¶ 5–7. The parties request an extension of 45 days, which would result in a new deadline of April 28, 2016. *Id.* at ¶ 7.

Having reviewed the motion, and good cause appearing, the Court **GRANTS** the joint motion. The parties shall file a motion for preliminary approval of class action settlement no later than **April 28, 2016**.

1 //
2 //
3 //
4     **IT IS SO ORDERED.**
5 **DATED: March 14, 2016**

                                                                      *[signature]*
                                                           **Hon. Cynthia Bashant**
                                                           **United States District Judge**