**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON (SBN 175650)
*ron@consumersadvocates.com*
ALEXIS WOOD (SBN 270200)
*alexis@consumersadvocates.com*
KAS GALLUCCI (SBN 288709)
*kas@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

**LAW OFFICES OF DOUGLAS J. CAMPION, APC**
DOUGLAS J. CAMPION (SBN 75381)
17150 Via Del Campo, Suite 100
San Diego, California 92127
*doug@djcampion.com*
Telephone: (619) 299-2091
Facsimile: (619) 858-0034

*Attorneys for Plaintiff and the Class*

### UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA SANDERS on behalf of herself, and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RBS CITIZENS, N.A.<br><br>Defendant. | CASE NO. 13-cv-3136 BAS (RBB)<br><br>CLASS ACTION<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR REQUEST FOR ATTORNEYS' FEES, COSTS AND INCENTIVE PAYMENT**<br><br>Date:   January 23, 2017<br>Time:   10:30 a.m.<br><br>Ctrm:   4B<br>Judge:   Hon. Cynthia A. Bashant |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on January 23, 2017, at 10:30 a.m. or as soon thereafter as the matter may be heard, before the Hon. Cynthia Bashant, U. S. District Judge for the Southern District of California, Plaintiff Linda Sanders will move, and hereby does move, for an Order approving attorneys' fees, costs and incentive payment to the class representative.

This motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities, the supporting declarations and attachments thereto, and the complete files and records in this action.

DATED: October 14, 2016        Respectfully submitted,

*/s/ Douglas J. Campion*
By: Douglas J. Campion
**LAW OFFICES OF DOUGLAS J. CAMPION, APC**
DOUGLAS J. CAMPION (SBN 75381)
17150 Via Del Campo, Suite 100,
San Diego, California 92127
*doug@djcampion.com*
Telephone: (619) 299-2091
Facsimile: (619) 858-0034


*/s/ Ronald A. Marron*
By: Ronald A. Marron
**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON
ALEXIS WOOD
KAS GALLUCCI
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

***Attorneys for Plaintiff and the Class***

1

*Sanders v. RBS Citizens, N.A.*, No. 13cv3136
PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR REQUEST FOR ATTORNEYS' FEES, COSTS AND INCENTIVE PAYMENT